ORIGINAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 11-15907-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25 2012
JOHN LEY
CLERK

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAY 25 2012
ATLANTA

KIRK KENNEDY & MARVELUS SATTIEWHITE, III

*Objectors/Appellants,*

v.

BANK OF AMERICA,

*Defendant/Appellee,*

## OBJECTORS/APPELLANTS' VOLUNTARY MOTION
## TO DISMISS WITH PREJUDICE

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Neil Kodsi
ALDERMAN & KODSI
9999 N.E. 2nd Ave., Ste. 211
Miami Shores, FL 33138
Telephone: (305) 200-5473
Facsimile: (305) 200-5474

Elliot B. Kula
Daniel M. Samson
KULA & SAMSON, LLP
17501 Biscayne Boulevard, Suite 430
Aventura, Florida 33160
Telephone: (305) 354-3858
Facsimile: (305) 354-3822

*Counsel for Objectors/Appellants*
*Kirk Kennedy & Marvelus Sattiewhite, III*

<u>*KENNEDY V. BANK OF AMERICA*</u>

<u>CASE NO. 11-15907-DD</u>

**CERTIFICATE OF INTERESTED PERSONS**

**AND**

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

The Objectors/Appellants, Kirk Kennedy and Marvelus Sattiewhite, III, submit this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this review:

- ***District Court Judge***

Honorable James Lawrence King

- ***Defendant/Appellee***

Bank of America

- ***Counsel for Defendant/Appellee Bank of America***

Laurence J. Hutt, Esq.
Sharon D. Mayo, Esq.
ARNOLD & PORTER LLP
*Attorneys for Defendant/Appellee*

_KENNEDY V. BANK OF AMERICA_

## Case No. 11-15907-DD

## CERTIFICATE OF INTERESTED PERSONS

## AND

## CORPORATE DISCLOSURE STATEMENT
(Continued)

- _**Class Counsel**_

Aaron S. Podhurst, Esq.
Robert C. Josefsberg, Esq.
Steven C. Marks, Esq.
Peter Prieto, Esq.
Stephen F. Rosenthal, Esq.
John Gravante, III, Esq.
PODHURST ORSECK, P.A.
_Co-Lead Counsel for Plaintiffs/Appellees_


Bruce S. Rogow, Esq.
Bruce S. Rogow, P.A.
_Co-Lead Counsel for Plaintiffs/Appellees_


Robert C. Gilbert, Esq.
Stuart Z. Grossman, Esq.
David M. Buckner, Esq.
Seth E. Miles, Esq.
GROSSMAN ROTH, P.A.
_Coordinating Counsel for Plaintiffs/Appellees_

*KENNEDY V. BANK OF AMERICA*

## Case No. 11-15907-DD

## CERTIFICATE OF INTERESTED PERSONS

## AND

## CORPORATE DISCLOSURE STATEMENT
(Continued)

E. Adam Webb, Esq.
Matthew C. Klase, Esq.
G. Franklin Lemond, Jr., Esq.
WEBB, KLASE & LEMOND, L.L.C.
*Plaintiffs' Executive Committee*

David S. Stellings, Esq.
Michael W. Sobol, Esq.
Roger N. Heller, Esq.
Jordan Elias, Esq.
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
*Plaintiffs' Executive Committee*

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Mazin A. Sbaiti, Esq.
BARON & BUDD, P.C.
*Plaintiffs' Executive Committee*

Ruben Honik, Esq.
Kenneth J. Grunfeld, Esq.
GOLOMB & HONIK, P.C.
*Plaintiffs' Executive Committee*

Ted E. Trief, Esq.
Barbara E. Olk, Esq.
TRIEF & OLK
*Plaintiffs' Executive Committee*

C-3 of 6

<u>KENNEDY V. BANK OF AMERICA</u>

<u>Case No. 11-15907-DD</u>

## CERTIFICATE OF INTERESTED PERSONS

### AND

## <u>CORPORATE DISCLOSURE STATEMENT</u>
(Continued)

- ***Objectors/Appellants and Counsel***

Kirk Kennedy & Marvelus Sattiewhite, III, *Objectors/Appellants*

Elliot B. Kula, Esq.
Daniel M. Samson, Esq.
KULA & SAMSON, LLP

Neil Kodsi, Esq.
ALDERMAN & KODSI

- ***Objectors/Appellants and Counsel (related appeals)***

Elizabeth Locke, Michelle Locke, Michael Vilece, Todd Taylor and Taylor, Hughes, *Objector/Appellant*

   Brian M. Silverio, Esq.
   SILVERIO & HALL, PA

   Earnest J. Brown, Esq.
   BROWN & BROWN

_KENNEDY v. BANK OF AMERICA_

## Case No. 11-15907-DD

## CERTIFICATE OF INTERESTED PERSONS

## AND

## CORPORATE DISCLOSURE STATEMENT
(Continued)

Brooklyn Sarro, Meghan Marek, _Objector/Appellant_

John W. Davis, Esq.
LAW OFFICE OF JOHN W. DAVIS

Martin Carapia, Fatima Dorego, _Objector/Appellant_

Patrick Sweeney, Esq.
SWEENEY & SWEENEY, S.C.

John Finn, _Objector/Appellant_

Steve A. Miller, Esq.
STEVE A. MILLER, P.C.

Richard Hastings & Janel Buycks, _Objector/Appellant_

Barry Himmelstein, Esq.
HIMMELSTEIN LAW NETWORK

Philip Freidin, Esq.
FREIDIN DOBRINSKY

Daniel Repa, Todd Spann and Karen Palting, _Objector/Appellant_

Matt Weinstein, Esq.

<u>**KENNEDY V. BANK OF AMERICA**</u>

<u>**Case No. 11-15907-DD**</u>

**CERTIFICATE OF INTERESTED PERSONS**

**AND**

<u>**CORPORATE DISCLOSURE STATEMENT**</u>
(Continued)

Catherine Ann Clayton, *Objector/Appellant* , *pro se*

Stacey L. Jordan, *Objector/Appellant in Related Case*, *pro se*

Fred Fletcher, *Objector/Appellant*, *pro se*

Tevis Ignacio, *Objector/Appellant*, *pro se*

Daniel Hall & Lanette Hall, *Objector/Appellant* , *pro se*


Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.101 through 26.1-3, Objectors/Appellants Kirk Kennedy and Marvelus Sattiewhite, III, make the following statement as to corporate ownership:

Messrs. Kennedy and Sattiewhite are private individuals without any corporates ownership.

Elliot B. Kula

C-6 of 6

# APPELLANTS' VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

Objectors/Appellants, Kirk Kennedy and Marvelus Sattiewhite, III, file this voluntary motion for dismissal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and 11th Circuit Rule 42-1(a), with each party to bear its own costs and attorneys' fees.

Appellees consent to this voluntary dismissal request.

WHEREFORE, Objectors/Appellants, Kirk Kennedy and Marvelus Sattiewhite, III, request the Court to enter an order dismissing this appeal with prejudice.

1

Respectfully submitted,

Neil Kodsi
  nkodsi@aldermankodsi.com
  Florida Bar No. 011255
ALDERMAN & KODSI
9999 N.E. 2nd Ave., Ste. 211
Miami Shores, FL 33138
Telephone: (305) 200-5473
Facsimile: (305) 200-5474

Elliot B. Kula
  elliot@kulaandsamson.com
  Florida Bar No. 003794
Daniel M. Samson
  dan@kulaandsamson.com
  Florida Bar No. 866911
KULA & SAMSON, LLP
17501 Biscayne Boulevard, Suite 430
Aventura, Florida 33160
Telephone: (305) 354-3858
Facsimile: (305) 354-3822

By: _____
        Elliot B. Kula

*Counsel for Objectors/Appellants*
*Kirk Kennedy & Marvelus Sattiewhite, III*

2

## CERTIFICATE OF SERVICE

I certify that a copy of this Voluntary Motion to Dismiss with Prejudice was mailed on February 22, 2012 to:

Aaron S. Podhurst, Esquire
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
rjosefsberg@podhurst.com
Steven C. Marks, Esquire
smarks@podhurst.com
Peter Prieto, Esquire
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
srosenthal@podhurst.com
John Gravante, III, Esquire
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
*Co-Lead Counsel for
Plaintiffs/Appellees*

Bruce S. Rogow, Esquire
brogow@rogowlaw.com
BRUCE S. ROGOW, P.A.
Broward Financial Center
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
*Co-Lead Counsel for
Plaintiffs/Appellees*

Robert C. Gilbert, Esquire
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
szg@grossmanroth.com
David M. Buckner, Esquire
dbu@grossmanroth.com
Seth E. Miles, Esquire
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
*Coordinating Counsel for
Plaintiffs/Appellees*

E. Adam Webb, Esquire
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
*Plaintiffs' Executive Committee*

3

Michael W. Sobol, Esquire
msobol@lchb.com
Roger N. Heller, Esquire
rheller@lchb.com
Jordan Elias, Esquire
jelias@lchb.com
LIEFF CABRASER HEIMANN &
Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
*Plaintiffs' Executive Committee*

Russell W. Budd, Esquire
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
*Plaintiffs' Executive Committee*

Ruben Honik, Esquire
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street, Ste. 1100
Philadelphia, PA 19102
*Plaintiffs' Executive Committee*

David S. Stellings, Esquire
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN L.L.P.
250 Hudson St., 8th Floor
New York, NY 10013
*Plaintiffs' Executive Committee*

Ted E. Trief, Esquire
ttrief@triefandolk.com
Barbara E. Olk, Esquire
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
*Plaintiffs' Executive Committee*

Laurence J. Hutt, Esquire
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
*Attorneys for Bank of America*

Sharon D. Mayo, Esquire
ARNOLD & PORTER LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
*Attorneys for Bank of America*

_____
Elliot B. Kula

4